IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. AP-75,208






 Ex parte RUBEN SINGLETERRY, JR., Applicant






ON APPLICATION FOR WRIT OF HABEAS CORPUS

CAUSE NO. A-02-5083-CR IN THE 36TH JUDICIAL DISTRICT COURT

FROM ARANSAS COUNTY






Per curiam. 


OPINION 



 The instant application for writ of habeas corpus was previously filed and set for submission. 
Applicant has now filed a motion to dismiss the application. We grant his motion. The application
is dismissed.

Delivered: November 16, 2005

Do Not Publish